UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22252-CIV-MARTINEZ

ARCH SPECIALTY INSURANCE
COMPANY,

      Plaintiff,

v.

LAKE VILLA CONDOMINIUM
ASSOCIATION, INC., *et al.*,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Response to Order to Show Cause and Motion to Dismiss with Prejudice (the "Motion to Dismiss"), (ECF No. 101). (ECF No. 118). On July 18, 2023, Magistrate Judge Becerra filed a Report and Recommendation recommending that the Motion to Dismiss be granted in part and denied in part, this action be dismissed with prejudice, and this Court reserve jurisdiction to determine whether and to what extent the Parties are entitled to attorneys' fees and costs. (ECF No. 118.) The Court has reviewed the entire file and record and notes that no objections have been filed, and the time to object has since passed. Therefore, after careful consideration, it is:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 118), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

    1.    The Motion to Dismiss, (ECF No. 101), is **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation, (ECF No. 118).

    2.    This action is **DISMISSED WITH PREJUDICE.**

    3.    Should the Parties seek attorneys' fees and costs incurred in connection with this

action, they must move for their respective attorneys' fees and costs **on or before Friday, September 8, 2023**. This Court reserves jurisdiction to determine whether and to what extent the Parties are entitled to recover reasonable attorneys' fees and costs in connection with this action.

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __11__ day of August, 2023.

							JOSE E. MARTINEZ
							UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record